# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY RACHAL

NO. 2025 KW 0582

**SEPTEMBER 8, 2025**

---

In Re: Jeremy Rachal, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23-WFLN-575.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** Relator represents that the district court has failed to act on his pro se motion to quash, filed on April 24, 2025. If relator's representation is correct, the district court is ordered to consider and act on the motion to quash, if it has not already done so, by or before October 6, 2025. A copy of the district court's action shall be filed in this court on or before October 14, 2025.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT